**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FLIP CLIP TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18-cv-08545 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Motion hearing held. Only counsel for Plaintiff appeared. Plaintiff's ex parte motion for a temporary restraining order, asset restraining order, expedited discovery, and service of process by email [13] is taken under advisement. Plaintiff's motions for leave to file under seal [7] [17] and motion for leave to file excess pages [14] are granted. The Clerk is directed to maintain the following documents under seal until further order of this Court: (1) Schedule A regarding Complaint (Dkt. No. [6]) and (2) Exhibits 2 to the Declaration of David Gulbransen (Dkt. No. [16]). Only Plaintiff's counsel and Court staff shall have access to these documents. Status hearing set for 2/14/2019 at 9:00 AM.

(0:08)

Dated: January 31, 2019

Andrea R. Wood
United States District Judge