## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Flip Clip Technology LLC

                                    Plaintiff,

v.                                         Case No.:
                                         1:18−cv−08545
                                         Honorable Andrea R. Wood

Partnerships and Unincorporated Associations
Identified on Schedule "A"

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2019:

        MINUTE entry before the Honorable Andrea R. Wood: Plaintiff having come to be heard on its ex parte motion for entry of a temporary restraining order, including a asset restraint, and expedited discovery order, and service of process by email [13], the Court finds that Plaintiff has satisfied the requirements for the requested relief, without written or oral notice to the adverse parties, as provided by Fed. R. Civ. P. 65(b). Accordingly, the motions are granted. The temporary restraining order is entered effective 3:30 pm on 2/28/2019 and shall expire in fourteen (14) days. It is further ordered that Plaintiff shall deposit with the Court ten thousand dollars ($10,000.00) as security, determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder. The Clerk is directed to seal the temporary restraining order until further order of the Court. Counsel for plaintiff and chambers staff are granted permission to access all sealed documents. Enter Sealed Temporary Restraining Order. Status hearing set for 3/14/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.