# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Flip Clip Technology, LLC | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-8545 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Andrea R. Wood |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Hon. Susan E. Cox |
| | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION**

Plaintiff Hairigami, seeks entry of Preliminary Injunction. The scope of Plaintiff's proposed Preliminary Injunction Order is materially indistinguishable from the Temporary Restraining Order entered on February 28, 2018. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 27th Day of March, 2019.    Respectfully submitted,


By:    s/David Gulbransen/
       David Gulbransen
       Attorney of Record
       Counsel for Plaintiff

       David Gulbransen (#6296646)
       Law Office of David Gulbransen
       805 Lake Street, Suite 172
       Oak Park, IL 60302
       (312) 361-0825 p.
       (312) 873-4377 f.
       david@gulbransenlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the July 23, 2018, the PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION was filed with the CM/ECF system. The Defendant's will also be provided notice on July 23, 2018, via e-mail to the e-mail addresses of the Does in the Certificate of Services filed with the Court.

By: _____
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com