UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Flip Clip Technology LLC

                        Plaintiff,

v.                                                 Case No.: 1:18−cv−08545

                                                 Honorable Andrea R. Wood

Partnerships and Unincorporated Associations Identified on Schedule "A"

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Only counsel for Plaintiff appeared. Plaintiff's motion for preliminary injunction [29] is granted. Enter Preliminary Injunction Order. The Clerk of the Court is hereby directed to unseal Schedule A regarding Complaint [6], Exhibit 2 to the Declaration of David Gulbransen [16], and the Temporary Restraining Order [25]. Status hearing set for 6/4/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.