IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Flip Clip Technology, LLC ) | | |
| ) | | |
| v. ) | Case No. 18-cv-8545 | |
| ) | | |
| THE PARTNERSHIPS and ) | Judge: Hon. Andrea R. Wood | |
| UNINCORPORATED ASSOCIATIONS ) | | |
| IDENTIFIED ON SCHEDULE "A," ) | Magistrate: Hon. Susan E. Cox | |
| ) | | |
| ) | | |
| ) | | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Flip Clip Technology, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 18 | 9048712 | 5b6bdd058623c012b7c299a7 |
| 103 | guangzhoumanyitechnologyltd | 5705fba6d2f7762bfcb2e290 |
| 175 | niubashop | 5b67c31a08596d3b6457f8d1 |
| 189 | qianlung | 58f4c6c92bb36017022ecee3 |
| 230 | sunnyseason | 57e23386458f972e614f1a61 |
| 256 | wanghongqi | 576fa9682aba756bc72196af |
| 313 | cnwigs | cnwigs |

Dated: May 24, 2019

Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.

                                                  (312) 873-4377 f.
                                                  david@gulbransenlaw.com