IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Flip Clip Technology, LLC | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-8545 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Andrea R. Wood |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Hon. Susan E. Cox |
| | ) | |
| | ) | |
| | ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Seller Name | Seller ID |
|---|---|---|
| 2 | BeadsMonster | A24U8QJGO4LR0C |
| 82 | faith808 | 57b17ed25de2f218cdf05076 |
| 92 | for8ward | 57c7ea137cdb5a1c9f850da0 |
| 98 | globalsupermarket | 53b7a11838d30461f1f08b71 |
| 99 | goldenlion | 57343861ef77745f5b9ea102 |
| 106 | happysky8 | 5473163e5f313f0449f83520 |
| 240 | thriving100 | 57c7cdefd6d8a749ce3af8ba |
| 245 | torridity | 5793228fba8cd234a7507a56 |
| 320 | Ali-The World of Dresses Store | 3413026 |
| 321 | JETTINGJewelry Store | 2490087 |
| 322 | Garment&Accessories Store | 3866067 |
| 323 | Woman Wardrobe Store | 712094 |
| 324 | MissJa Store | 4047085 |
| 325 | Funny bag Store | 3249044 |
| 326 | QIUWU Clothes Store | 3254053 |
| 328 | Corner met Store | 3623068 |
| 328 | Corner met Store | 3623068 |
| 331 | HWetR Jewellery Store | 3882022 |
| 331 | HWetR Jewellery Store | 3882022 |

| 332 | Sunny569448 Store | 3894006 |
|---|---|---|
| 332 | Sunny569448 Store | 3894006 |
| 333 | Ali-ladieswear Store | 3275029 |
| 334 | Playgirl Store | 2781153 |
| 340 | CLJ Beside Store | 2906136 |
| 341 | Ali-KvJJL Store | 4279007 |

dismisses them from the suit without prejudice.

Dated this 23rd Day of October 2019.	Respectfully submitted,

By:	  s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com