IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Flip Clip Technology, LLC | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-8545 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Andrea R. Wood |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Hon. Susan E. Cox |
| | ) | |
| | ) | |
| | ) | |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 40 | bettlife | 567bb0bb36aa8528faa38360 |
| 42 | bftbeauty | 59240444f12c6430d1c39cd6 |
| 143 | lailen | 598da2f690a0f15d0122b83d |
| 151 | llegaiyy | 5a031e9c9aee09542077d074 |
| 159 | maleibss | 58b26461373409504d3d4c89 |
| 199 | resonal | 58d25a160490dc52e34022e7 |
| 241 | tingshen | 58ff26fc42fc6a113afae083 |
| 93 | freeinsight | 5735d71db69ab55b1dcbe9bf |
| 211 | shanghaiyidainternettechnologycoltd | 5677a0cc57490326aac768ce |
| 284 | yideahongkonggroupcolimited | 5460b3261280fa4126627599 |

s

dismisses them from the suit without prejudice.

Dated this 30th Day of October 2019.       Respectfully submitted,

By:     s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com